# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
### NO. 03-19-00319-CR
---

**Chuck Armstrong, Appellant**

**v.**

**The State of Texas, Appellee**

---
### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 79648, THE HONORABLE FANCY H. JEZEK, JUDGE PRESIDING
---

## M E M O R A N D U M   O P I N I O N

Appellant Chuck Armstrong seeks to appeal from a judgment of conviction for possession of a controlled substance. *See* Tex. Health & Safety Code § 481.115. The trial court has certified that this is a plea-bargain case and appellant has no right of appeal. Accordingly, the appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed: June 10, 2019

Do Not Publish